AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

RECEIVED MAILROOM
JAN 22 2016
CLERK, US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dinora Rivas
was received by me on *(date)* 1/13/16.

☒ I personally served the summons on the individual at *(place)* San Miguel Cafe, LLC 5900 B Leesburg Pike, Falls Church, VA 22021 on *(date)* 1/19/16; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1/19/16

_____
*Server's signature*

_____
*Printed name and title*

**Leonard Raab**
8621 Warfield Rd.
Gaithersburg, MD 20882

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

Leopoldo Mendoza )
)
)
)
)
_Plaintiff(s)_ )
v. ) Civil Action No. 1:16 -CV- 16
)
San Miguel Cafe, LLC, et al. )
)
)
)
)
_Defendant(s)_ )

FILED
MAILROOM
JAN 2 2 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Dinora Rivas
5900B Leesburg Pike
Falls Church, Virginia 22041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mary J. Craine Lombardo
Stein Sperling Bennett De Jong Driscoll PC
25 West Middle Lane
Rockville, Maryland 20850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/7/2016                                            Deisy Esteves
                                                         _Signature of Clerk or Deputy Clerk_