AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**RECEIVED MAILROOM**
**JAN 22 2016**
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __DINORA RIVAS, R/A__
was received by me on *(date)* __1/13/16__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __DINORA RIVAS__, who is
designated by law to accept service of process on behalf of *(name of organization)* __SAN MIGUEL CAFE, LLC__ on *(date)* __1/19/16__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __1/19/16__

_____
Server's signature

*Printed name and title*

**Leonard Raab**
8621 Warfield Rd.
Gaithersburg, MD 20882

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Leopoldo Mendoza | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:16-cv-16 |
| San Miguel Cafe, LLC, et al. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

FILED MAILROOM JAN 22 2016 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* San Miguel Cafe, LLC
5900 Leesburg Pike
Falls Church, Virginia 22041
  Serve: Dinora Rivas, Resident Agent
    5900B Leesburg Pike
    Falls Church, Virginia 22041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mary J. Craine Lombardo
Stein Sperling Bennett De Jong Driscoll PC
25 West Middle Lane
Rockville, Maryland 20850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/7/2016         *Deisy Esteves*
               *Signature of Clerk or Deputy Clerk*